IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **MONICA BADILLO**<br>    Plaintiff, | § § § | |
| v. | § § | C.A. NO. 7:16-CV-00236 |
| **STATE FARM LLOYDS**<br>    Defendant | § § § | |

### STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

**MONICA BADILLO,** Plaintiff and **STATE FARM LLOYDS,** Defendant in the above-entitled and numbered action, file this *Stipulation of Dismissal* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.  Monica Badillo is the Plaintiff, and State Farm Lloyds is the Defendant in this matter.

2.  The Parties are in agreement and move to dismiss all claims in this suit.

3.  This case is not a class action.

4.  A receiver has not been appointed in this action.

5.  This case is not governed by any federal statute that requires an order of the Court for dismissal of the case. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

6.  This dismissal is with prejudice to re-filing.

By: /s/ William J. McCarthy
William J. McCarthy
State Bar No. 13372500
Fed ID# 2444
**WILLIAM J. MCCARTHY, P.L.L.C.**
3501 W. Alberta Rd.
Edinburg, Texas 78539
(956) 618-9884
(888) 391-9426 (Facsimile)
*Attorney for Plaintiff*

*/s/ Dan K. Worthington*
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
818 Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502-3725
956-682-5501 – Phone
956-686-6109 – Fax
*Attorney in Charge for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 7, 2017, a true and correct copy of the foregoing document was served on all counsel of record, as follows:

William J. McCarthy
State Bar No. 13372500
Fed ID# 2444
**WILLIAM J. MCCARTHY, P.L.L.C.**
3501 W. Alberta Rd.
Edinburg, Texas 78539
(956) 618-9884
(888) 391-9426 (Facsimile)
**ATTORNEY IN CHARGE FOR PLAINTIFF**

*/s/ Dan K. Worthington*
Dan K. Worthington